# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DIVISION OF OHIO
## EASTERN DIVISION

In Re:

LISA M FRILEY
3833 HEATHERGLEN DR
COLUMBUS, OH 43221

SSN(S):     XXX-XX-3032

Case No: 05-51323

Chapter 13

Judge Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  March 2, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| SANFORD J COHAN ESQ<br>2500 CORPORATE EXCHNG DR<br>151A<br>COLUMBUS, OH 43231 | 15.60 |